UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIRO CANALES,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. MIGUEL CARDONA, in his official capacity as Secretary of Education., et al.,<br><br>    Defendants. | Civ. A. No. 22-3251 (ABJ) |

**NOTICE OF FILING CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD**

  Pursuant to Local Rule 7(n)(1), Defendant hereby gives notice of the filing of a certified list of the contents of the Administrative Record.

Dated:  March 20, 2023    Respectfully submitted,

             MATTHEW M. GRAVES, DC Bar #481052
             United States Attorney

             BRIAN P. HUDAK
             Chief, Civil Division

             */s/ Sean M. Tepe*
             SEAN M. TEPE, DC Bar #1001323
             Assistant United States Attorney
             601 D Street, N.W.
             Washington, D.C. 20530
             Phone: (202) 252-2533

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIRO CANALES,  )<br> )<br>  Plaintiff,  )<br> )<br>  v.  )<br> )<br> MIGUEL CARDONA, Secretary of the  )<br> United States Department of Education, <u>et al</u>.,  )<br> )<br>  Defendants.  )<br>_____ ) | Civil Action No. 1:22-cv-03251 |

**UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF EDUCATION**

**CERTIFICATION OF TRUE COPY**

I, Brian P. Siegel, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby certify that the annexed documents (Numbered pp. 1- 128), are true copies of the records pertaining to the application for Public Service Loan Forgiveness submitted by Ramiro Canales to the U.S. Department of Education dated December 16, 2021, maintained by the U.S. Department of Education in the regular course of business.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, and have caused the seal of the U.S. Department of Education to be affixed on this certification made on this 20th day of March, 2023.

*Brian P. Siegel*

Brian P. Siegel
Assistant General Counsel
Division of Postsecondary Education
U.S. Department of Education

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIRO CANALES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MIGUEL CARDONA, Secretary of the )<br>United States Department of Education, <u>et al</u>., )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 1:22-cv-03251 |

**INDEX TO THE ADMINISTRATIVE RECORD**

Department of Education, Federal Student Aid,
Public Service Loan Forgiveness Reconsideration
Submission Process              000001-000008

Letter from Ramiro Canales to the United States
Department of Education, FedLoan Servicing and attachments
Dated December 16, 2021            000009-000095

  Cover letter from Ramiro Canales     000009

  Attachment A: Letter from FedLoan Servicing to
  Ramiro Canales, dated December 8, 2016    000010-000013

  Attachment B: PSLF and TEPSLF Certification
  and Application signed by Ramiro Canales,
  dated 12/1/2021 relating to Texas Association of
  School Administrators         000014-000016

  Attachment C: PSLF and TEPSLF Certification
  and Application signed by Ramiro Canales,
  dated 12/1/2021 relating to Texas Association of
  Community Health Centers        000017-000021

  Attachment D: Memorandum from Ramiro
  Canales to FedLoan Servicing, dated December
  16, 2021, Subject: Reasons the Texas
  Administration of School Administrators is a
  Qualifying Employer That Provides a Public
  Service Under the Public Service Loan

1

| | |
|---|---|
| Forgiveness Program and Attachments | 000022- 000103 |
| Ramiro Canales' W-2 for 2018 | 000104 |
| Letter from FedLoan Servicing to Ramiro Canales, dated 12/21/2021, "We Received Your PSLF Form" | 000105-000106 |
| Letter from FedLoan Servicing to Ramiro Canales, dated March 24, 2022, "We Are Still Reviewing Your Eligibility for Public Service Loan Fogiveness" | 000107-000109 |
| Letter from FedLoan Servicing to Ramiro Canales, dated March 25, 2022, "Your Loans Are Being Transferred For Public Service Loan Forgiveness (PSLF) Eligibility Confirmation" | 000110-000111 |
| Letter from FedLoan Servicing to Ramiro Canales, dated May 5, 2022, "We Have Reviewed Your Request For Public Service Loan Forgiveness" | 000112-000115 |
| Letter from FedLoan Servicing to Ramiro Canales, dated May 5, 2022, "Information Regarding Your Eligibility For Public Service Loan Forgiveness" | 000116-000118 |
| Print-out of Public Service Loan Forgiveness system showing reconsideration request submitted by Ramiro Canales on May 10, 2022 | 000119-000120 |
| Letter from FedLoan Servicing to Ramiro Canales, dated June 10, 2022, "Information Regarding Your Eligibility For Public Service Loan Forgiveness" | 000121-000123 |
| Letter from MOHELA to Ramiro Canales, dated October 21, 2022, "Welcome to MOHELA: Your Student Loans Have a New Home" | 000124-000127 |
| Email from publicservice@studentaid.gov to ramiro@canales.com, Subject: RE: PSLF Reconsideration Case #: 08273650 | 000128 |