UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIRO CANALES,<br><br>       Plaintiff,<br><br>v.<br><br>DR. MIGUEL CARDONA, in his official capacity as Secretary of Education., et al.,<br><br>       Defendants. | Civ. A. No. 22-3251 (ABJ) |

### NOTICE OF FILING CERTIFIED AMENDED INDEX
### TO THE ADMINISTRATIVE RECORD

    Pursuant to Local Rule 7(n)(1), Defendant hereby gives notice of the filing of a certified amended list of the contents of the Administrative Record.

Dated: April 2, 2023        Respectfully submitted,

                                MATTHEW M. GRAVES, DC Bar #481052
                                United States Attorney

                                BRIAN P. HUDAK
                                Chief, Civil Division

                                */s/ Sean M. Tepe*
                                SEAN M. TEPE, DC Bar #1001323
                                Assistant United States Attorney
                                601 D Street, N.W.
                                Washington, D.C. 20530
                                Phone: (202) 252-2533

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIRO CANALES, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MIGUEL CARDONA, Secretary of the )<br>United States Department of Education, <u>et al</u>., )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 1:22-cv-03251 |

**UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF EDUCATION**

**CERTIFICATION OF AMENDED TRUE COPY**

I, Brian P. Siegel, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby certify that the annexed documents (Numbered pp. 129-167), are true copies of the additional records pertaining to the application for Public Service Loan Forgiveness submitted by Ramiro Canales to the U.S. Department of Education dated December 16, 2021, maintained by the U.S. Department of Education in the regular course of business. These records are an addition to the Administrative Record submitted on March 20, 2023 by the U.S. Department of Education and relate to the Department's decision on Mr. Canales' request for reconsideration which was issued on March 23, 2023.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, and have caused the seal of the U.S. Department of

Education to be affixed on this certification made on this 28th day of March, 2023.

*Brian P. Siegel*

Brian P. Siegel
Assistant General Counsel
Division of Postsecondary Education
U.S. Department of Education

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAMIRO CANALES,                         )<br>                                                   )<br>    Plaintiff,                      )<br>                                                     )<br>v.                               )    Civil Action No. 1:22-cv-03251<br>                                                     )<br>MIGUEL CARDONA, Secretary of the    )<br>United States Department of Education, <u>et al</u>.,    )<br>                                                   )<br>    Defendants.                )<br>_____)| |

## AMENDED INDEX TO THE ADMINISTRATIVE RECORD

| | |
|---|---|
| Department of Education, Federal Student Aid,<br>Public Service Loan Forgiveness Reconsideration<br>Submission Process | 000001-000008 |
| Letter from Ramiro Canales to the United States<br>Department of Education, FedLoan Servicing and attachments<br>Dated December 16, 2021 | 000009-000095 |
|     Cover letter from Ramiro Canales | 000009 |
|     Attachment A: Letter from FedLoan Servicing to<br>    Ramiro Canales, dated December 8, 2016 | 000010-000013 |
|     Attachment B: PSLF and TEPSLF Certification<br>    and Application signed by Ramiro Canales,<br>    dated 12/1/2021 relating to Texas Association of<br>    School Administrators | 000014-000016 |
|     Attachment C: PSLF and TEPSLF Certification<br>    and Application signed by Ramiro Canales,<br>    dated 12/1/2021 relating to Texas Association of<br>    Community Health Centers | 000017-000021 |
|     Attachment D: Memorandum from Ramiro | |

| | |
|---|---|
| Canales to FedLoan Servicing, dated December 16, 2021, Subject: Reasons the Texas Association of School Administrators is a Qualifying Employer That Provides a Public Service Under the Public Service Loan Forgiveness Program and Attachments | 000022- 000103 |
| Ramiro Canales' W-2 for 2018 | 000104 |
| Letter from FedLoan Servicing to Ramiro Canales, dated 12/21/2021, "We Received Your PSLF Form" | 000105-000106 |
| Letter from FedLoan Servicing to Ramiro Canales, dated March 24, 2022, "We Are Still Reviewing Your Eligibility for Public Service Loan Fogiveness" | 000107-000109 |
| Letter from FedLoan Servicing to Ramiro Canales, dated March 25, 2022, "Your Loans Are Being Transferred For Public Service Loan Forgiveness (PSLF) Eligibility Confirmation" | 000110-000111 |
| Letter from FedLoan Servicing to Ramiro Canales, dated May 5, 2022, "We Have Reviewed Your Request For Public Service Loan Forgiveness" | 000112-000115 |
| Letter from FedLoan Servicing to Ramiro Canales, dated May 5, 2022, "Information Regarding Your Eligibility For Public Service Loan Forgiveness" | 000116-000118 |
| Print-out of Public Service Loan Forgiveness system showing reconsideration request submitted by Ramiro Canales on May 10, 2022 | 000119-000120 |
| Letter from FedLoan Servicing to Ramiro Canales, dated June 10, 2022, "Information Regarding Your Eligibility For Public Service Loan Forgiveness" | 000121-000123 |
| Letter from MOHELA to Ramiro Canales, dated October 21, 2022, "Welcome to MOHELA: Your Student Loans Have a New Home" | 000124-000127 |
| Email from publicservice@studentaid.gov to ramiro@canales.com, Subject: RE: PSLF Reconsideration Case #: 08273650 | 000128 |

Email from publicservice@studentaid.gov to

| | |
|---|---|
| ramiro@canales.com, Subject: RE: PSLF Case #: 08273650 (reconsideration decision | 000129-000132 |
| Pages from website of the Texas Association of School Administrators | 000133-000167 |